IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

AUG -1 2019

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

FRANKLIN H. ROBERTS JR.

Case No. 2:19mj439
Court Date: August 21, 2019

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 7342327

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 10, 2019, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FRANKLIN H. ROBERTS JR., did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

30 July 2019
Date